UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, |
|---|
| -against- |
| JOHN WITTIER, |
| Defendant. |

7-cr-87-01 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Pursuant to the defendant's judgment and a subsequent order, the defendant was ordered to pay restitution in the amount of $88,000,000.11. See ECF Nos. 17, 18. The defendant's funds were then placed in the Court's registry investment system. See SEC v. Wood River Capital Management, LLC et al., No. 5-cv-8713, ECF No. 127 (Jan. 23, 2008). The Clerk of Court is hereby directed to withdraw the funds from the Court's registry investment system in order to distribute them as restitution, as outlined in the defendant's judgment and the Court's order.

SO ORDERED.

New York, NY
2/22, 2025

_____
JED S. RAKOFF, U.S.D.J.